1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone:  (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Raymond R. Decker and Lillian L. Decker
6
7
8
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
13 | IN RE: BEXTRA AND CELEBREX            ) CASE NO. C06- 0234 (CRB)
14 | MARKETING SALES PRACTICES AND         ) MDL NO. 1699
   | PRODUCT LIABILITY LITIGATION          ) District Judge:  Charles R. Breyer
15 |                                        )
   |                                        )
16 |                                        )
17 | RAYMOND R. DECKER and                 ) STIPULATION AND ORDER OF
   | LILLIAN L. DECKER,                    ) DISMISSAL WITH PREJUDICE
18 |                                        )
   |     Plaintiffs,                       )
19 |                                        )
   | vs.                                    )
20 |                                        )
   | G.D. SEARLE & CO.; PHARMACIA          )
21 | CORPORATION; MONSANTO                 )
   | COMPANY; and PFIZER, INC.,            )
22 |                                        )
23 |     Defendants.                       )

      Come now the Plaintiffs, **Raymond R. Decker and Lillian L. Decker** and Defendants,
by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009   ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Raymond R. Decker and Lillian L. Decker

DATED: Oct. 22, 2009   DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-